IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DAVID EARL HUNTER                          §
                                           §
            Petitioner,                    §
                                           §
VS.                                        §
                                           §        NO. 3-08-CV-1169-N
NATHANIEL QUARTERMAN, Director             §
Texas Department of Criminal Justice,      §
Correctional Institutions Division         §
                                           §
            Respondent.                    §

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings

and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. §

636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are

correct, and they are hereby accepted as the Findings of the Court.

Signed August 29, 2008.


_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE